United States District Court
Southern District of Texas
**ENTERED**
March 13, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMES SCHORSCH JR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:23-CV-00240 |
| | § | |
| PATTY ANDERSON, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Order Adopting Memorandum and Recommendation (D.E. 21), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on March 13, 2024.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE